WILLIAM A. DIVEN, Sr., *ET. AL.*, PETITIONER-PETITIONER, v. H & L FARMS, RESPONDENT-RESPONDENT.

*Messrs. Parsons, Canzona, Blair & Warren* for petitioner.

*Messrs. Meredith & Meredith* for respondent.

September 21, 1965.   Denied.

ANN BAGINSKY, PETITIONER-PETITIONER, v. AMERICAN SMELTING & REFINING CO., RESPONDENT.

See same case below: 88 *N. J. Super.* 69.

*Messrs. Balk & Jacobs* for petitioner.

*Messrs. Seaman & Clark* for respondent.

September 21, 1965.   Denied.